JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STRATTON DESIGN BUILD, LLC,
an Arizona limited liability company,

      Plaintiff,

v.

HILO ENTERPRISES, LLC, a
Delaware limited liability company,

      Defendant.

NO.: 5:23-cv-02613-JGB-DTB

JUDGE: Hon. Jesus G. Bernal
MAGISTRATE Hon. David T. Bristow

JUDGMENT

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

JUDGMENT

1    Pursuant to the jury's verdict returned on March 21, 2025, the Court orders

2    the following:

3    1.    Judgment is entered for Plaintiff Stratton Design Build, LLC

4    ("Stratton") and against Defendant Hilo Enterprises, LLC ("Hilo") on Stratton's

5    claim for reasonable value in the amount of $92,960.80.

6    2.    Judgment is entered for Hilo and against Stratton on Stratton's claim

7    for breach of contract.

8    Furthermore, in Stratton's memorandum of contentions of fact and law

9    filed on February 10, 2025 (Docket No. 24), Stratton abandoned its claims

10   against Hilo for promissory estoppel and false promise.  Based on Stratton's

11   abandonment, judgment is entered for Hilo and against Stratton on Stratton's

12   claims for promissory estoppel and false promise.

13   All determinations with respect to prevailing party and entitlement to costs

14   under Rule 54(d) of the Federal Rules of Civil Procedure will be made by the

15   Court by appropriate post-judgment application(s) and/or motion(s).  Upon such

16   determinations by the Court, this Judgment shall be amended accordingly.

17

18   DATED:  April 30, 2025

19   Hon. Jesus G. Bernal
     United States District Judge

20

21

22

23

24

25

26

27

28

2

PLAINTIFF STRATTON DESIGN BUILD, LLC'S INITIAL DISCLOSURES